

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2014

No. 04-14-00076-CR

**THE STATE OF TEXAS,**
Appellant

v.

Ernesto Eliazar **VELA**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR121162
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

On January 15, 2014, the trial court held a hearing on the defendant's motion to suppress evidence, and granted the defendant's motion. On January 21, 2014, the State filed its notice of appeal and moved the trial court to make findings of fact and conclusions of law on its order granting the defendant's motion to suppress evidence.

On March 10, 2014, the State moved this court to abate this appeal because the trial court has not yet filed its findings of fact and conclusions of law. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (requiring, upon request by the losing party, a trial court to make findings of fact and conclusions of law regarding its ruling on a motion to suppress evidence). The appellate record does not contain a document listing the trial court's findings and conclusions, and the trial court did not expressly state any findings or conclusions on the record at the hearing. *See id.* at 698.

Therefore, we ABATE this appeal and ORDER the trial court to deliver to the trial court clerk within TWENTY DAYS of the date of the date of this order its findings of fact and conclusions of law from the hearing on Appellee's motion to suppress. *See* Tex. R. App. P. 44.4(b); *Cullen*, 195 S.W.3d at 698.

We ORDER the trial court clerk to prepare, certify, and file in this court a supplemental clerk's record containing the trial court's findings of fact and conclusions of law within TEN DAYS of receiving the findings and conclusions from the trial court. *See* Tex. R. App. P. 34.5(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court